UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTWAN MAURICE LEWIS, | Case No. CV 08-0799-RGK(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| TOM FELKER, WARDEN, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: June 4, 2009

_____
R. Gary Klausner
United States District Judge